

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 9 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF WASHINGTON, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> ANN DAVISON; et al., <br><br> Respondents, <br><br> KURT BENSHOOF, <br><br> Defendant - Appellant. | No. 25-498 <br><br> D.C. No. 2:24-mc-00060-JNW <br> Western District of Washington, Seattle <br><br> ORDER |

The motions (Docket Entry Nos. 6 & 8) to stay appellate proceedings are treated as motions for an extension of time to file the opening brief and are granted.

The opening brief is due June 3, 2025. Because there is no appearance by appellees, briefing will be completed upon the filing of the opening brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT